# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

CIVIL CASE NO. 1: 26CV01032

TARIQ SHARMZ VS. FRANK LAROSE

JUDGE BRENNAN

FILED

MAY 11 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

## PRAECIPE FOR ISSUANCE

☑ ORIGINAL SUMMONS

☐ ALIAS SUMMONS

☐ THIRD PARTY SUMMONS

☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐ WRIT OF EXECUTION

☐ OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 5/11/2086

By: Tariq Sharmz

Attorney for

revised 02/2009