EXHIBIT A — OFFICIAL CORRESPONDENCE FOR BOARD OF ELECTIONS

From: tariq shabazz info@shabazzforcuyahoga.com
Subject: Re: County Executive petition insufficient
Date: May 15, 2026 at 3:25:17 PM
To: Brent Lawler blawler@cuyahogacounty.gov
Cc: Cory Milne cmilne@cuyahogacounty.gov, Rosemarie H. Amato
ramato@cuyahogacounty.gov, Alyssa Kuhlwein
akuhlwein@cuyahogacounty.gov, Brent Lawler
blawler@cuyahogacounty.gov

Good afternoon,

I will not be withdrawing my candidacy. Please note that this matter is presently the subject of pending litigation in the United States District Court for the Northern District of Ohio, Case No. 1:2026-cv-01032.

Very Respectfully,

Mr. Tariq Shabazz
Candidate for Cuyahoga County Executive

On May 11, 2026, at 1:16 PM, Brent Lawler <blawler@cuyahogacounty.gov> wrote:

5/11/2026                                    via email: info@shabazzforcuyahoga.com

Taroq:

The Board of Elections has received your petition filing as a independent candidate for Cuyahoga County Executive.

Unfortunately, the petition filing is invalid with only 1,030 valid signatures out of the required 4,164 valid. Your petition is short by 3,134 valid signatures. Note you filed only 1,650, well below the minimum required signatures.

Candidates are not permitted to supplement their filing, nor are Boards of Elections permitted to give you back the part petitions you filed.

Therefore, you are being asked to withdraw your candidacy.  Attached is a withdrawal form that you may complete, sign, and email or bring to the Board of Elections as soon as possible.

If you do not withdraw your candidacy by June 1, 2026, your candidacy will be submitted to the Board for removal from the ballot. The Board meeting will be held on Tuesday, June 16, 2026, at 9:30 AM.

Regards,
Brent

Brent E. Lawler, Manager
Candidate & Petition Services
Cuyahoga County Board of Elections
1803 Superior Avenue
Cleveland, OH 44114
Phone: 216.443.6509
Fax: 216.443.6466
Email: blawler@cuyahogacounty.gov

<2026 Main Office withdrawal_FILLABLE.pdf>

2