**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF OHIO**

**EASTERN DIVISION**

FILED

JUL 2 4 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

TARIQ K. SHABAZZ,

    Plaintiff,

v.                    Case No. 1:26-cv-01032-BMB

FRANK LaROSE, in his official capacity,

et al.,

    Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY**

    Plaintiff Tariq K. Shabazz, proceeding pro se, respectfully moves for leave to file the attached short sur-reply. Leave is warranted because Defendant's reply advances arguments and authorities not presented in his opening motion, to which Plaintiff has had no opportunity to respond.

1. Defendant's reply relies for the first time on Anderson v. Mills, 664 F.2d 600 (6th Cir. 1981); Tigner v. Texas, 310 U.S. 141 (1940); Washington State Grange v. Washington State Republican Party, 552 U.S. 442 (2008); Stora v. New York City Board of Elections; Ohio Rev. Code § 3513.01(A); and Ohio Sup. Ct. Prac. R. 12.08. None appeared in Defendant's motion to dismiss.

2. The reply also advances, for the first time, the contention that Plaintiff could have obtained ballot access by seeking a major-party primary nomination. That contention implicates statutes no prior brief addressed—Ohio Rev. Code § 3513.07, governing the declaration of party membership, § 3599.36, which makes a false declaration a felony of the fifth degree, and § 3517.01, governing the formation of a new political party. Plaintiff has had no opportunity to respond to an argument premised on paths that Ohio law forecloses to independent candidates.

3. The attached sur-reply is confined to matters first raised in the reply and to the statutory provisions those matters place at issue. It does not reargue any point previously briefed.

4. No party is prejudiced. Defendant remains free to seek leave to respond, and the requested filing will not delay resolution of the pending motions.

WHEREFORE, Plaintiff respectfully requests leave to file the attached sur-reply instanter.

Respectfully submitted,

Tariq K. Shabazz

Pro Se Plaintiff

5455 N. Marginal Road, Apartment 509

Cleveland, Ohio 44114

Dated: July 24, 2026